The People of the State of New York, Respondent, v Matthew P., Appellant.

Submitted November 10, 2014; decided November 18, 2014

Motion for assignment of counsel granted and Seymour James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

The People of the State of New York, Respondent, v Jeffrey Mercado, Appellant.

Submitted November 10, 2014; decided November 18, 2014

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.

The People of the State of New York, Respondent, v Anthony V. Pavone, Appellant.

Submitted October 27, 2014; decided November 18, 2014

Motion for assignment of counsel granted and Paul J. Connolly, care of Law Office of Paul J. Connolly, Esq., 2 Wedge Road, Delmar, New York 12054 assigned as counsel to the appellant on the appeal herein.